1  Cindy A. Brand (SBN: 159354)
   **LAW OFFICE OF CINDY A. BRAND, APC**
2  2247 San Diego Avenue, Suite 133
   San Diego, CA 92110
3  Tel: (619) 294-8075
   Fax: (619) 294-8143
4

5  Ross G. Simmons (SBN: 144656)
   **THE SIMMONS FIRM, ALC**
6  11440 West Bernardo Court, Suite 104
   San Diego, CA 92127
7  Tel: (858) 676-1668
   Fax: (858) 676-1839

8  Attorneys for Plaintiff AQUA LOGIC, INC.

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUA LOGIC, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Aquatic Logic, Inc., an Illinois Corporation; Domenic Vitro, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 09 CV 1791 H BLM<br><br>**DECLARATION OF CINDY A. BRAND IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT BY COURT; REQUEST FOR PERMANENT INJUNCTION; AND, REQUEST FOR ATTORNEYS' FEES**<br><br>[Notice of Application and Application; Memorandum of Points and Authorities in Support Thereof; Declaration of Ross G. Simmons and Judgment filed herewith]<br><br>Date: March 1, 2010<br>Time: 10:30 a.m.<br>Courtroom: 13<br><br>Hon. Marilyn L. Huff |

I, Cindy A. Brand, declare and state as follows:

1.  I am an attorney at law duly licensed to practice before all the courts in the State of California, and admitted to practice before this Court. I am an attorney with the Law Office of Cindy A. Brand, APC, co-counsel with The Simmons Firm, ALC, for Plaintiff Aqua Logic, Inc. in this matter. I have personal knowledge of the facts set forth below, or know of them by my review of the files maintained in the normal course of business of the Law Office of Cindy A.

Brand, APC. If called to testify as to the following information, I could and would testify competently, under oath, to such facts.

2. Defendant Aquatic Logic, Inc. is a corporate entity and is therefore not a minor, incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

3. Upon information and belief, Defendant Domenic Vitro is not a minor, incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.

4. On December 23, 2009, Defendants were given notice of Clerk's Entry of Default.

5. On January 26, 2010, Defendants were given notice of this application for default judgment and supporting papers.

6. Attached as Exhibit A is a true and correct copy of the relevant portions of the American Intellectual Property Law Association ("AIPLA"), *Report of the Economic Survey* (2007 ed.)

7. Attached as Exhibit B is a true and correct copy of the billing records for this matter for time billed by the Law Office of Cindy A. Brand, APC from June 2009 through the present motion.

8. The reasonable costs billed to the client for over a year of work were $53,545.76. This amount includes the attempts to obtain compliance with trademark law prior to filing litigation, the filing of the complaint, preparing and responding to the motion for preliminary injunction, responding to the motion to dismiss, responding to several requests for continuances of motions and preparing the default and default judgment.

9. Aqua Logic Inc.'s counsel has spent approximately 220 hours representing its clients in this matter which includes attorney time, paralegal and clerk time and including those hours that were not charged to the client.

10. The billing rates for attorneys and paralegals are reasonable for the type of work performed and the experience of the individual.

////

11. Cindy A. Brand, identified on the invoices as CAB, has been practicing law for over 17 years and is an experienced litigator. Ms. Brand's normal and customary billing rate is $300.00 per hour.

12. David Selinger is a paralegal with the firm. His normal and customary billing rate is $75.00 per hour.

13. Shealyn Brand is an assistant paralegal with the firm. Her normal and customary billing rate is $50.00 per hour.

14. In addition to speaking with partners at various law firms, I have also become familiar with the market rates charged by attorneys in the San Diego area by reviewing attorney fee applications and decisions awarding fees. Based on my knowledge and experience, the rates charged by the Law Office of Cindy A. Brand, APC are below comparable market rates in San Diego County.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on January 25, 2010, in San Diego, California.

By: Cindy A. Brand,
Attorney for Plaintiff Aqua Logic, Inc.

EXHIBIT "A"

# AIPLA

# Report of the Economic Survey

# 2007

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org

EXHIBIT A
PAGE 1

*Private Firm, Partner*

**Average hourly billing rate in 2006 (Q29)**
*Private Firm, Partner*

|  |  | What was your average hourly billing rate in 2006? | | | |
|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals |  | 827 | $390 | $300 | $380 | $475 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 6 | $192 | $144 | $200 | $231 |
|  | 5-6 | 30 | $281 | $239 | $250 | $311 |
|  | 7-9 | 120 | $327 | $260 | $308 | $400 |
|  | 10-14 | 226 | $371 | $295 | $370 | $450 |
|  | 15-24 | 237 | $407 | $313 | $400 | $495 |
|  | 25-34 | 142 | $446 | $340 | $430 | $529 |
|  | 35 or More | 58 | $458 | $369 | $460 | $546 |
| Location | Boston CMSA | 46 | $512 | $436 | $503 | $575 |
|  | NYC CMSA | 50 | $453 | $390 | $443 | $541 |
|  | Philadelphia CMSA | 26 | $405 | $344 | $400 | $429 |
|  | Washington, DC CMSA | 125 | $435 | $360 | $430 | $505 |
|  | Other East | 41 | $306 | $250 | $300 | $345 |
|  | Metro Southeast | 35 | $381 | $325 | $375 | $435 |
|  | Other Southeast | 16 | $279 | $206 | $290 | $348 |
|  | Chicago CMSA | 64 | $398 | $326 | $380 | $450 |
|  | Minne.-St. Paul PMSA | 38 | $367 | $300 | $375 | $429 |
|  | Other Central | 147 | $298 | $250 | $295 | $330 |
|  | Texas | 62 | $407 | $340 | $400 | $486 |
|  | Los Angeles CMSA | 37 | $461 | $330 | $485 | $553 |
|  | San Francisco CMSA | 49 | $469 | $393 | $460 | $530 |
|  | Other West | 80 | $344 | $271 | $330 | $403 |
| IP Technical Specialization (>=50%) | Biotechnology | 61 | $413 | $315 | $425 | $490 |
|  | Chemical | 102 | $375 | $299 | $370 | $440 |
|  | Computer Hardware | 15 | $422 | $350 | $400 | $545 |
|  | Computer Software | 57 | $395 | $310 | $400 | $483 |
|  | Electrical | 79 | $405 | $315 | $400 | $475 |
|  | Mechanical | 177 | $337 | $275 | $315 | $398 |
|  | Other areas | 9 | $446 | $320 | $425 | $588 |
| Age | Younger than 35 | 17 | $287 | $225 | $275 | $323 |
|  | 35-39 | 119 | $338 | $250 | $320 | $420 |
|  | 40-44 | 191 | $367 | $280 | $350 | $440 |
|  | 45-49 | 166 | $382 | $295 | $379 | $450 |
|  | 50-54 | 120 | $416 | $340 | $400 | $494 |
|  | 55-59 | 97 | $437 | $328 | $425 | $508 |
|  | 60 or Older | 110 | $444 | $338 | $448 | $541 |
| Gender | Male | 726 | $392 | $300 | $380 | $475 |
|  | Female | 94 | $368 | $284 | $365 | $450 |
| Highest Non-Law Degree | Bachelor's Degree | 538 | $388 | $295 | $375 | $475 |
|  | Master's Degree | 187 | $398 | $305 | $395 | $490 |
|  | Doctorate Degree | 54 | $378 | $300 | $383 | $466 |
| Ethnicity | White/Caucasian | 744 | $392 | $300 | $385 | $479 |
|  | Hispanic/Latino | 7 | $350 | $225 | $330 | $500 |
|  | Asian/Pacific Islander | 29 | $353 | $250 | $330 | $453 |
|  | Blended | 3 | $243 | NA | $240 | NA |
|  | Other | 16 | $348 | $300 | $328 | $401 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 59 | $278 | $225 | $255 | $325 |
|  | 3-5 | 95 | $318 | $250 | $315 | $375 |
|  | 6-10 | 81 | $322 | $258 | $315 | $355 |
|  | 11-25 | 174 | $343 | $275 | $330 | $400 |
|  | 26-50 | 115 | $409 | $325 | $400 | $490 |
|  | 51-100 | 158 | $453 | $380 | $450 | $511 |
|  | 101-150 | 50 | $502 | $429 | $493 | $571 |
|  | More than 150 | 84 | $507 | $435 | $500 | $579 |


EXHIBIT A
PAGE 2

EXHIBIT "B"



# LAW OFFICE OF
# CINDY A. BRAND

2247 San Diego Ave., Ste. 133
San Diego, CA 92110
(619) 294-8075

Invoice submitted to:
Agua Logic
8268 Clairemont Mesa Blvd. Suite # 302
San Diego, CA 92111

January 22, 2010

In Reference To: Trademark Infringement litigation

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/17/2009 | Review pleadings; search internet on Aquatic Logic | 0.67<br>300.00/hr CAB | 201.00 |
|  | Meeting with client | 2.00<br>300.00/hr CAB | 600.00 |
| 6/18/2009 | Phone call to ▮▮▮▮▮ search for ▮▮▮▮▮ | 0.17<br>300.00/hr CAB | 51.00 |
| 6/23/2009 | Research Network Solutions and Go Daddy complaint procedure; Research ICANN procedures and providers | 1.17<br>300.00/hr CAB | 351.00 |
|  | Phone call to Aquadesigns, Inc.; Call to ▮▮▮▮▮ | 0.17<br>300.00/hr CAB | 51.00 |
| 6/24/2009 | Review GoDaddy registration | 0.33<br>300.00/hr CAB | 99.00 |
| 6/25/2009 | Preparation of claim to GoDaddy re: AquaticLogic.com | 0.67<br>300.00/hr CAB | 201.00 |
| 6/29/2009 | Phone call from client; respond to emails | 0.17<br>300.00/hr CAB | 51.00 |
| 7/20/2009 | Research ▮▮▮▮▮ | 0.67<br>300.00/hr CAB | 201.00 |
|  | Research Preliminary injunction requirements; research case law on preliminary injunction | 1.50<br>300.00/hr CAB | 450.00 |

Exhibit B

Page 1

Agua Logic                                                                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/21/2009 | Meeting with Ross Simmons on strategy for litigation | 1.33<br>300.00/hr CAB | 399.00 |
|  | Travel to and from meeting with Ross Simmons - Reduced rate | 0.50<br>200.00/hr CAB | 100.00 |
|  | Preparation of complaint | 1.67<br>50.00/hr SSB | 83.50 |
| 7/23/2009 | Preparation of Summons and Civil Case Cover Sheet; research Aguatic Logic Illinois filing | 0.67<br>75.00/hr DS | 50.25 |
|  | Preparation of complaint | 1.83<br>300.00/hr CAB | 549.00 |
|  | Email to ■■■ re: preliminary injunction | 0.17<br>300.00/hr CAB | 51.00 |
| 7/28/2009 | Preparation of claims for complaint; research each federal statute; research issues on damages and pleading preliminary injunction rights | 2.83<br>300.00/hr CAB | 849.00 |
| 7/29/2009 | Final complaint; research injunction claims for temporary restraining order or other mechanism to close website; research disgorgement of profits and case on treble damages | 3.00<br>300.00/hr CAB | 900.00 |
| 7/30/2009 | Preparation of Declaration of Doug Russell for Preliminary Injunction | 1.17<br>300.00/hr CAB | 351.00 |
|  | Research local rules on preliminary injunction; review case updates | 0.83<br>300.00/hr CAB | 249.00 |
| 7/31/2009 | Telephone call with RGS re: complaint and potential claims | 0.17<br>300.00/hr CAB | 51.00 |
|  | Preparation of pleadings on preliminary injunction notice | 1.50<br>50.00/hr SSB | 75.00 |
|  | Preparation of points and authorities | 1.67<br>50.00/hr SSB | 83.50 |
| 8/7/2009 | Review comments from Simmons Firm and revise complaint; add Declaratory action and revise damages | 2.67<br>300.00/hr CAB | 801.00 |
|  | Preparation of Memorandum of points and authorities in support of preliminary injunction; preparation of notice and revise declaration of D. Russell | 2.17<br>300.00/hr CAB | 651.00 |

Agua Logic                                                                                                Page    3

|            |                                                                                                                                    | Hrs/Rate            | Amount |
|------------|------------------------------------------------------------------------------------------------------------------------------------|---------------------|--------|
| 8/17/2009  | Review and revise complaint pursuant to changes from Doug Russell and Ross Simmons; prepare exhibits; review venue issue           | 1.83<br>300.00/hr CAB | 549.00 |
| 8/20/2009  | Review and revise points and authorities for motion                                                                                | 1.67<br>300.00/hr CAB | 501.00 |
| 8/21/2009  | Research dilution of trademark cases                                                                                               | 0.83<br>300.00/hr CAB | 249.00 |
| 8/24/2009  | File Review and finalize motion                                                                                                    | 3.33<br>300.00/hr CAB | 999.00 |
| 8/25/2009  | Phone call with RGS; revise documents; call to Doug                                                                                | 0.67<br>300.00/hr CAB | 201.00 |
|            | Review response times for motion; calendar                                                                                         | 1.17<br>75.00/hr KJS  | 87.75  |
| 8/27/2009  | Preparation of pleadings - proposed order for court                                                                                | 0.67<br>300.00/hr CAB | 201.00 |
|            | File Review and final motion; receive and review changes from RGS                                                                  | 2.83<br>300.00/hr CAB | 849.00 |
| 8/31/2009  | Review changes to declaration and revise documents; email order to Judge Huff's chambers; e-file all documents; prepare documents for process server | 1.50<br>300.00/hr CAB | 450.00 |
| 9/15/2009  | Telephone call with opposing Attorney re: status of case; email to RGS; research attorney                                          | 0.33<br>300.00/hr CAB | 99.00  |
|            | Telephone call with RGS and email to client re: extension request                                                                  | 0.17<br>300.00/hr CAB | 51.00  |
| 9/16/2009  | Review emails re: request for extension and respond                                                                                | 0.17<br>300.00/hr CAB | 51.00  |
| 9/18/2009  | Review ex parte application and respond; review summons and proofs of service                                                      | 3.17<br>300.00/hr CAB | 951.00 |
| 9/22/2009  | Preparation of reply to non-opposition; review local rules; emails to all                                                          | 1.17<br>300.00/hr CAB | 351.00 |
| 9/24/2009  | Telephone call with opposing Attorney; email to RGS and respond                                                                    | 0.17<br>300.00/hr CAB | 51.00  |

Exhibit B
Page 3

Agua Logic                                                                                                    Page    4

Page 4
Exhibit B

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/24/2009 | Review proposed joint motion; email to client | 0.83<br>300.00/hr CAB | 249.00 |
| 9/28/2009 | Review motion for lack of personal jurisdiction | 0.50<br>300.00/hr CAB | 150.00 |
|  | Review motion to dismiss case law provided by defendants; email to RGS with analysis | 1.00<br>300.00/hr CAB | 300.00 |
| 9/29/2009 | Research Vitro convictions; call to Illinois about records; ▓▓▓▓▓ | 0.67<br>300.00/hr CAB | 201.00 |
|  | Email to clients re: Motion to dismiss; research felony conviction and impeachment | 0.33<br>300.00/hr CAB | 99.00 |
|  | Phone call from client re: Vitro | 0.17<br>300.00/hr CAB | 51.00 |
|  | Researched several convictions of Vitro, felony and misdemeanors. | 1.50<br>75.00/hr DS | 112.50 |
| 10/1/2009 | Review opposition to motion for preliminary injunction and all declarations and exhibits | 0.83<br>300.00/hr CAB | 249.00 |
|  | Research and telephone calls re: Chicago area court houses, convictions and status report. | 1.00<br>75.00/hr DS | 75.00 |
|  | Telephone calls in Chicago area re: Paralegals. | 0.17<br>75.00/hr DS | 12.75 |
| 10/2/2009 | Phone call with client | 0.17<br>300.00/hr CAB | 51.00 |
|  | Research expert witnesses | 0.33<br>75.00/hr DS | 24.75 |
|  | Telephone call. Certified copies. Preparation of letter. Mailing of letter. | 1.33<br>75.00/hr DS | 99.75 |
| 10/3/2009 | Research federal trademark violations law. | 0.33<br>75.00/hr DS | 24.75 |
|  | Research electronic filing rules in district court. | 1.33<br>75.00/hr DS | 99.75 |

Exhibit B
Page 4

Agua Logic                                                                                          Page    5

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/4/2009 | Research case law cited by opposing counsel for opposition to motion | 2.17<br>300.00/hr CAB | 651.00 |
|  | Began drafting of outline re: Fenner's declaration. | 2.00<br>75.00/hr DS | 150.00 |
| 10/5/2009 | Meeting with client re: reply | 1.00<br>300.00/hr CAB | 300.00 |
|  | Preparation of objection to Fenner declaration | 0.67<br>300.00/hr CAB | 201.00 |
|  | Preparation of pleadings - Request for judicial notice | 0.67<br>300.00/hr CAB | 201.00 |
|  | Preparation of Declaration of Cindy A. Brand; objection to Fenner declaration; objection to Vitro declaration; preparation of reply; preparation of judicial notice | 6.17<br>300.00/hr CAB | 1,851.00 |
|  | Research on federal law. Telephone call with a clerk of Illinois DuPage County Court re: Vitro's felony conviction. | 1.17<br>75.00/hr DS | 87.75 |
| 10/6/2009 | Review and revise documents for reply; call with RGS re: changes; call with Doug Russell re: changes; revise and final documents | 2.17<br>300.00/hr CAB | 651.00 |
|  | Preparation of documents for efiling | 2.17<br>50.00/hr SSB | 108.50 |
|  | Reviewed conviction. | 1.17<br>75.00/hr DS | 87.75 |
| 10/8/2009 | Review court order; revise order; review convictions of Vitro | 0.50<br>300.00/hr CAB | 150.00 |
|  | Received, reviewed and forwarded certified copy of Vitro's felony conviction to Cindy. | 0.17<br>75.00/hr DS | 12.75 |
| 10/9/2009 | Review of court filing by Defendants; review of order from court re: motion to dismiss | 0.33<br>300.00/hr CAB | 99.00 |
| 10/11/2009 | Review comments to order and revise; prepare bond request | 1.83<br>300.00/hr CAB | 549.00 |
|  | Preparation of opposition to motion to dismiss; research general jurisdiction | 1.83<br>300.00/hr CAB | 549.00 |

Exhibit B
Page 5

Agua Logic                                                                                                          Page     6

|            |                                                                                                                                              | Hrs/Rate            | Amount    |
|------------|----------------------------------------------------------------------------------------------------------------------------------------------|---------------------|-----------|
| 10/11/2009 | Review and revise bond application per RGS comments                                                                                          | 0.50<br>300.00/hr CAB | 150.00    |
|            | Preparation of response to motion to dismiss; declaration of D. Russell; Dec of RGS; objection to evidence                                    | 9.00<br>300.00/hr CAB | 2,700.00  |
| 10/13/2009 | Preparation for hearing at court                                                                                                             | 1.00<br>300.00/hr CAB | 300.00    |
|            | Court Appearance for Hearing on Preliminary Injunction                                                                                        | 1.50<br>300.00/hr CAB | 450.00    |
| 10/14/2009 | Phone call from client re: pond order; call with RGS re: points for hearing; review emails                                                    | 0.83<br>300.00/hr CAB | 249.00    |
| 10/15/2009 | Preparation of notice on felony conviction; research use of conviction                                                                        | 2.67<br>300.00/hr CAB | 801.00    |
| 10/16/2009 | Research felony conviction versus charges on other cases                                                                                      | 0.67<br>75.00/hr DS   | NO CHARGE |
| 10/18/2009 | Preparation of judicial notice, address Vitro in motion to dismiss; bond issues                                                              | 3.00<br>300.00/hr CAB | 900.00    |
| 10/19/2009 | Review revise bond issue document; final request for judicial notice; final memorandum                                                        | 0.67<br>300.00/hr CAB | 201.00    |
|            | Final documents for filing; calls with D. Niquette re: bestbuypondsupply                                                                      | 1.67<br>300.00/hr CAB | 501.00    |
|            | Research citations to unreported case law                                                                                                    | 1.83<br>75.00/hr DS   | NO CHARGE |
|            | Obtain certified copies of Illinois law                                                                                                      | 1.67<br>75.00/hr DS   | 125.25    |
|            | Research discovery sequence and prepare potential discovery                                                                                  | 1.17<br>300.00/hr CAB | 351.00    |
| 10/27/2009 | Review Pacer court filings for reply; email to call; recheck court filing dates; print emails of offer to meet at settlement conference and request for comments to proposed order | 0.33<br>300.00/hr CAB | 99.00     |
| 10/29/2009 | Review Court orders of 10/29/09                                                                                                              | 0.50<br>300.00/hr CAB | 150.00    |

Exhibit B
Page 6

Agua Logic                                                                                          Page    7

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/3/2009 | Research time for defendants to respond to complaint | 0.33<br>300.00/hr CAB | 99.00 |
|  | Preparation of letter to Aquatic Logic re: order of court | 0.50<br>300.00/hr CAB | 150.00 |
| 11/6/2009 | Review filed motion and email to client | 0.50<br>300.00/hr CAB | 150.00 |
| 11/9/2009 | Review court notice and emails to client | 0.17<br>300.00/hr CAB | 51.00 |
|  | Preparation of bond for efile and efile | 0.33<br>50.00/hr SSB | 16.50 |
|  | Final letter to Kouri and email | 0.17<br>300.00/hr CAB | 51.00 |
| 11/12/2009 | Review of court order and declaration and exhibits from Kouri | 0.17<br>300.00/hr CAB | 51.00 |
| 11/13/2009 | Court telephonic hearing and review orders from court | 0.50<br>300.00/hr CAB | 150.00 |
| 11/24/2009 | Research on web for Aquatic Logic web site and products | 0.17<br>300.00/hr CAB | 51.00 |
| 12/15/2009 | Research default procedures | 0.67<br>300.00/hr CAB | 201.00 |
|  | Preparation of Request for Entry of Default | 1.00<br>300.00/hr CAB | 300.00 |
| 12/16/2009 | Preparation of declaration of default; obtain court documents from Pacer | 0.50<br>300.00/hr CAB | 150.00 |
|  | Legal Research on costs and recovery; obtain forms for Bill of Costs from Northern California website as Southern District website is down | 0.67<br>300.00/hr CAB | 201.00 |
|  | Preparation of default documents to e-file | 0.33<br>50.00/hr SSB | 16.50 |
| 12/17/2009 | Review court default and email to all | 0.17<br>300.00/hr CAB | 51.00 |
| 12/23/2009 | Research procedure to obtain default judgment | 1.83<br>300.00/hr CAB | 549.00 |

                                                                                              Exhibit B
                                                                                              Page   7

Agua Logic                                                                                                    Page    8

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/28/2009 | Preparation of Notice for judgment and attorney fees; research service requirement for non-represented party - Rule 55 | 0.33<br>300.00/hr CAB | 99.00 |
|  | Preparation of memorandum of points and authorities for judgment; research attorney fees recovery | 3.83<br>300.00/hr CAB | 1,149.00 |
| 12/29/2009 | Research AIPLA report of economic survey relating to attorney fee award; revise points and authorities for attorney fee award | 1.50<br>300.00/hr CAB | 450.00 |
| 1/4/2010 | Preparation of billing summary for court; prepare Declaration of Ross Simmons for his review; final declaration of Cindy A. Brand; research local rules and California Practice Guide on attorney fees request; research FRCP on attorney fees | 1.83<br>300.00/hr CAB | 549.00 |
|  | Email to RGS re: declarations and provide copies of completed pleadings | 0.17<br>300.00/hr CAB | 51.00 |
| 1/6/2010 | Research permanent injunction and revise pleading | 0.17<br>300.00/hr CAB | 51.00 |
|  | Phone call from RGS re: damage claims | 0.33<br>300.00/hr CAB | 99.00 |
| 1/11/2010 | Phone call to client re: damage issues | 0.17<br>300.00/hr CAB | 51.00 |
| 1/15/2010 | Preparation of damages analysis; research damage claims in other cases | 1.67<br>300.00/hr CAB | 501.00 |
| 1/22/2010 | Final documents for default judgment; revise declarations of CAB and RGS; preparation of permanent injunction; and preparation of order; emails to co-counsel | 1.83<br>300.00/hr CAB | 549.00 |
|  | **For professional services rendered** | **130.74** | **$33,352.25** |
|  | Additional Charges : |  |  |
| 8/17/2009 | Filing Fee to Court |  | 350.00 |
| 9/2/2009 | Service Fee for Vitro and Aquatic Logic, Inc. |  | 130.00 |

Exhibit B
Page 8

Agua Logic

Exhibit B
Page 1

Page    9

| Date | Description | Amount |
|---|---|---:|
| 10/7/2009 | Parking at federal court | 10.00 |
| 10/13/2009 | Parking at federal court | 10.00 |
|  | Parking at federal court | 18.00 |
| 10/18/2009 | Copies of federal filings in litigation | 27.80 |
| 10/19/2009 | Copying cost | 2.70 |
|  | Certification fee | 4.50 |
| 10/27/2009 | Postage- $8.00 per court each clerk certification X 3 convictions, from Dave at Oceanside to Wheeton, Illinois, from Clerk, Wheeton, Illinois to Cindy in San Diego | 60.10 |
| 1/19/2010 | Pacer - Copies of court documents | 49.60 |
|  | **Total additional charges** | **$662.70** |

# CERTIFICATE OF SERVICE

I certify that on January 26, 2010, I electronically filed the document described as **DECLARATION OF CINDY A. BRAND IN SUPPORT OF ITS APPLICATION FOR DEFAULT JUDGMENT BY COURT; REQUEST FOR PERMANENT INJUNCTION AND REQUEST FOR ATTORNEYS' FEES** with the Clerk of this Court using the ECF system which will send notification of such filing to the ECF participants.

I further certify that I have sent a true copy of the above document to the non-ECF participants as follows:

Domenic Vitro
1815 Ogden Ave
Lisle, IL 60532

Aquatic Logic, Inc.
2125 Neff Court
Lisle, IL 60532

I declare that I am employed by a member of the bar of this Court, at whose direction this service was made.

Executed on January 26, 2010.

Shealyn Brand